# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Richard E. Gooden, | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 1:24-cv-00732-SEG-JEM |
| v. | ) |
| Equifax Information Services, LLC and Village Capital & Investment LLC, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Richard E. Gooden, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Equifax Information Services, LLC and Village Capital & Investment LLC, in this case. As indicated by the signature of its counsel below, Equifax Information Services, LLC and Village Capital & Investment LLC stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 21st day of May, 2024.

*[Signatures Appear on Following Page]*

1

| | |
|---|---|
| **BERRY & ASSOCIATES** | **THE ALBERTELLI FIRM, P.C. D/B/A ALBERTELLI LAW** |
| */s/ Matthew Berry*<br>Matthew Berry, GA Bar No.: 055663<br>matt@mattberry.com<br>Telephone: (404) 235-3334<br><br>2751 Buford Highway, Suite 600<br>Atlanta, GA 30324<br><br>*/s/ Chris Armor*<br>Christopher N. Armor<br>Georgia Bar No.: 614061<br>P.O. Box 509<br>Londonderry, Vermont 05148<br>Ph. (651) 208-6441<br>Chris.armor@armorlaw.com<br><br>*Counsel for Plaintiff* | */s/ Brian K. Widener*<br>Brian K. Widener, Esq.,<br>GA Bar No.: 757327<br>bwidener@albertellilaw.com<br>Telephone: (813) 221-4743, Ext. 2471<br>100 Galleria Parkway, Suite 1000<br>Atlanta, Georgia 30339<br><br>*Counsel for Defendant Village Capital & Investment, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*

3